# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| CAROL MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 1:06-cv-62-GZS |
| ) | |
| STATE OF MAINE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER ON REQUESTS FOR EXTENSION

Before the Court are two requests for extension of time to respond to various motions by Plaintiff (Docket #s 120 & 122). The Court specifically reads these requests as applying to the following motions: (1) Motion to Dismiss by Pine Tree Veterinary Hospital et. al. (Docket # 99), (2) Motion to Dismiss by Town of Farmington (Docket # 103), (3) Motion to Dismiss by Lipman, Katz & McKee et al. (Docket # 105), Motion to Dismiss by State of Maine Defendants (Docket # 109). In ordinary course, Plaintiff's responses to these motions would be due on October 10, 2006. The Court hereby GRANTS Plaintiff's request for an extension of that deadline and ORDERS that Plaintiff file her responses to these above-listed motions on or before November 27, 2006.

SO ORDERED.

/s/ George Z. Singal
United States Chief District Judge

Dated on this 3rd day of October 2006.