UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CAROL MURPHY,

v.                                             C.A. No. 06-062-ML

STATE OF MAINE, et al.

### ORDER

This matter is before the Court on motions to dismiss Plaintiff's second amended complaint brought by the Towns of Wilton, Livermore Falls, Chesterville, Livermore, and New Sharon (collectively the "Towns") pursuant to Fed. R. Civ. P. 12(b)(6). (Docket #'s 213, 219, and 254). Plaintiff has brought her action against the Towns in their municipal capacity, claiming in her fifty-nine page second amended complaint only that the Towns employ co-defendant Wayne Atwood as a "dog catcher." (Second Amended Compl. ¶ 231). Accordingly, for the reasons set forth in Part III of the Court's Memorandum and Order, dated June 22, 2007, the motions to dismiss brought by the Towns ought to be, and they are hereby, GRANTED.

SO ORDERED.

Mary M. Lisi
Chief United States District Judge
June 22, 2007

-1-