UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CAROL MURPHY,

v.                                C.A. No. 06-062-ML

STATE OF MAINE et al.

**ORDER**

This matter is before the Court on the motion to dismiss Plaintiff's second amended complaint brought by the "State of Maine Defendants," pursuant to Fed. R. Civ. P. 12(b)(6).[1] In conclusory fashion, Plaintiff attributes the alleged illegal seizure of her animals and her subsequent conviction under state law for animal cruelty and possession of animals without a permit, in violation of 17 M.R.S.A. § 1031(1)(E) and 12 M.R.S.A. § 7371(3), to a conspiracy of eighty-seven defendants, including the State of Maine Defendants named herein. As one of the last in a long series of decisions on Plaintiff's claims, the Court notes, yet again, that Plaintiff's fifty-nine page second amended complaint is replete with "bald assertions, unsupportable conclusions, [and] periphrastic circumlocutions," Aulson v. Blanchard, 83 F.3d 1, 3 (1st Cir. 1996).

For this reason, and for the reasons set forth in the State of Maine Defendants' memorandum

---

[1] The State of Maine Defendants include: Administrative Offices of the Courts, Maine Department of Agriculture, Food & Rural Resources, Attorney General of Maine, Nathaniel Berry, Roxanne Brann, Suzannah Cross, Norman Croteau, Dawn Decker, Debra Doherty, Tammy Drouin, Philip Dugas, Thomas Eddy, William Fisher, Christine Frasier, Ted Glessner, Jennifer Howlett, Maine Department of Inland Fisheries & Wildlife, Tom Jacobs, Dale Lancaster, Ann LeBlanc, Maine Bar Association, Maine State Police, State of Maine, Maine State Police Troop C, Susan Metzger, Peter Michaud, Melanie Nadeau, Stephen Nadeau, Leah Norton, Robert Patterson, Penny Philbrick-Carver, Raymond Pineau, Craig Poulin, Bentley Rathbun, Riverview State Forensic Service, Andrew Robinson, G. Steven Rowe, Robert Spear, Troy Sterry, Christopher Taub, Janet Tuttle, Jeanene Wilson, and Norma Worley.

of law in support of the motion to dismiss (docket # 226), incorporated by reference herein, the motion to dismiss Plaintiff's second amended complaint ought to be, and is hereby, GRANTED.

SO ORDERED.

*/s/ Mary M. Lisi*

Mary M. Lisi
Chief United States District Judge
June 25, 2007