UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CAROL MURPHY

v.                                                                                          CA 06-098 ML

STATE OF MAINE, et al.

MEMORANDUM AND ORDER

This matter was referred to Magistrate Judge Martin to conduct a telephone status conference with Plaintiff and three of the defendants. Magistrate Judge Martin has issued a Report and Recommendation wherein he chronicles his efforts to hold that conference and Plaintiff's refusal to participate, even after having been warned of the consequences of her failure to abide by the court's order. Plaintiff has not filed any objection to the Report and Recommendation.

This Court is well-familiar with the travel of this case and Plaintiff's history of contumacious conduct. Her deliberate refusal to participate in a court-ordered status conference is the proverbial last straw.

Accordingly, this Court adopts the Report and Recommendation in its entirety. This action is DISMISSED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
August 22, 2007